BRUCE EDWARD MCCRAY, JR.,

    Appellant,

v.

STATE OF FLORIDA,

    Appellee.

_____/

IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D13-3797

Opinion filed August 14, 2014.

An appeal from the Circuit Court for Duval County.
Mallory D. Cooper, Judge.

Bruce Edward McCray, Jr., pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Joshua R. Heller, Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

    AFFIRMED.

LEWIS, C.J., BENTON, and MARSTILLER, JJ., CONCUR.